IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC DIAZ, | : | |
|     Petitioner | : | |
| | : | No. 1:21-cv-1085 |
| v. | : | |
| | : | (Judge Rambo) |
| GREGORY BRIGGS, *et al.*, | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, on this 14th day of December 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Respondents' request to file a partial response to the petition for writ of habeas corpus, (*See* Doc. No. 13 at 1), is **GRANTED**;

2. Respondents' argument that the petition should be dismissed as untimely is **REJECTED**;

3. Petitioner's motion for summary judgment (Doc. No. 2) is **DENIED WITHOUT PREJUDICE**;

4. Within **fourteen (14) days** of the date of this order, Respondents shall file an additional answer, motion, or other response to the allegations of the petition. *See* Rule 5, 28 U.S.C. foll. § 2254;

5. Petitioner shall, if he so desires, file a reply to Respondents' answer or other pleading within **fourteen (14) days** after its filing. *See* Rule 5(e), 28 U.S.C. foll. § 2254; and

6. A determination as to whether or not Petitioner shall be produced for a hearing will be held in abeyance pending the filing of Respondents' answer or other pleading.

                                                  s/ Sylvia H. Rambo
                                                  United States District Judge