# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC DIAZ,      :  | |
|     Petitioner    : | |
|         : | No. 1:21-cv-1085 |
| v.          : | |
|         : | (Judge Rambo) |
| GREGORY BRIGGS, *et al.*,   : | |
|     Respondent   : | |

## ORDER

**AND NOW**, on this 24th day of August 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. No. 1) is **DENIED**;

2. Petitioner's motion for reconsideration and motion to expedite (Doc. Nos. 23, 26) are **DENIED AS MOOT**;

3. A certificate of appealability will not issue; and

4. The Clerk of Court is directed to **CLOSE** this case.

                                                    s/ Sylvia H. Rambo
                                                  United States District Judge