# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC DIAZ, | : | |
|     Petitioner | : | |
| | : | No. 1:21-cv-1085 |
| v. | : | |
| | : | (Judge Rambo) |
| GREGORY BRIGGS, *et al.*, | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, on this 5th day of October 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motion for reconsideration (Doc. No. 32) is **GRANTED IN PART AND DENIED IN PART**;

2. The court's August 24, 2022 memorandum and order (Doc. Nos. 28-29) denying petitioner's petition for writ of habeas corpus are **VACATED**;

3. The petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies;

4. A certificate of appealability shall not issue; and

5. This case shall remain closed.

                                          s/ Sylvia H. Rambo
                                        United States District Judge