IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC DIAZ, | : | |
|    Petitioner | : | |
| | : | No. 1:21-cv-1085 |
| v. | : | |
| | : | (Judge Rambo) |
| GREGORY BRIGGS, *et al.*, | : | |
|    Respondents | : | |

## ORDER

**AND NOW**, on this 13th day of April 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motion for reconsideration (Doc. No. 35) is **DENIED**;

2. A certificate of appealability shall not issue; and

3. This case shall remain closed.

                                            s/ Sylvia H. Rambo
                                        United States District Judge